**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| STEVE OLDHAM | * | |
| Plaintiff | * | |
| VS. | * | NO: 4:04CV00111   SWW/HDY |
| WHITE COUNTY JAIL | * | |
| Defendant | * | |

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendant's motion for summary judgment (docket entry #39) is GRANTED. Pursuant to the judgment entered together with this order, Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 15TH DAY OF DECEMBER, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE